United States District Court
Western District of Pennsylvania

15BB mw
NO FEE/NO IFP

Jonathan Lee Riches,
Plaintiff

08.0249

v.

Ashlea Ebeling; Sean P. Hegarty; FCI Williamsburg,
Defendants

<u>Habeas Corpus relief under 28 USC 2241 / civil rights violation</u>

The conditions of Plaintiffs confinement are unconstitutional. Since 1-28-08 Every night when Plaintiff is asleep at FCI Williamsburg, the defendants, guards kick Plaintiffs door at midnight during count, to deliberatly wake Plaintiff up. This is a 8th amendment violation for cruel and unusual punishment. Plaintiff compells defendants not to harass and kick my cell door at night, so I get proper sleep. Plaintiff prays for relief

FILED
FEB 20 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA